IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SMOOTH VAPE, LLC,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LANCASTER COUNTY** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
| *Defendants*. | : | **NO. 23-CV-3000** |

## ORDER

**AND NOW,** this **5th** day of **March 2024**, upon consideration of Defendants' Motion for Judgment on the Pleadings (ECF No. 19), it is hereby **ORDERED** that this motion is granted in part and denied in part, for the reasons stated in the Court's Memorandum, as follows:[1]

- Judgment in favor of Defendants Adams, Krause, and John Does 1-3 on Count I (Illegal Search and Seizure) is **DENIED**.

- Judgment in favor of Defendant Lancaster County on Count II (*Monell* Claim) is **GRANTED** and Count II is dismissed. Lancaster County is dismissed from this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] The Court will not address Plaintiff's claim for declaratory judgment because the issue of whether Smooth Vape's items were legal or illegal under Pennsylvania and/or federal law at the time of search and seizure is not relevant at this stage of proceedings.