# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SMOOTH VAPE, LLC, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| LANCASTER COUNTY | : | |
| PENNSYLVANIA, et al., | : | |
| *Defendants*. | : | NO. 23-cv-03000 |

## O R D E R

**AND NOW**, this 17th day of April 2024, it is **ORDERED** that the above-captioned case is hereby referred to Magistrate Judge Lynne A. Sitarski to conduct a settlement conference provided the parties certify they are ready to proceed with one in good faith. The parties may seek a settlement conference only if and when the parties are in a realistic position to settle and require settlement assistance. The parties must be thoroughly prepared and must read and follow Magistrate Judge Lynne A. Sitarski's requirements for the settlement conference.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**