IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SMOOTH VAPE, LLC,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LANCASTER COUNTY** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
| *Defendants*. | : | **NO. 23-CV-3000** |

# ORDER

**AND NOW,** this **17th day** of **April 2024**, following a pretrial conference held on this same day, it is hereby **ORDERED** as follows:

1. The above captioned case is hereby referred to Magistrate Judge Lynne A. Sitarski for the scheduling of a settlement conference.

2. All motions to amend the pleadings and to join or add additional parties shall be filed by **12:00 p.m. on May 17, 2024**.

3. All fact discovery shall be completed by **July 16, 2024**. Any motion related to a discovery dispute must be filed at least **fourteen (14) days** before the deadline for fact discovery.

4. Expert reports shall be due by **July 30, 2024**.

5. Rebuttal expert reports shall be due by **August 13, 2024**.

6. Expert discovery, if any, shall be completed by **August 27, 2024**.

7. Motions for Summary Judgment amd *Daubert* motions shall be filed on or **September 17, 2024**, **at 12:00 p.m.**[1] Response(s) to any such motion shall be filed within **twenty-one (21)** days of service of the motion.

---

[1] Counsel are directed to review Judge Kenney's Policies and Procedures on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of

8. All trial exhibits shall be marked and exchanged on or before **October 29, 2024**.

9. Motions in limine shall be due by **12:00 p.m. on November 12, 2024**. The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion.

10. All parties are to prepare and file with the Clerk of Court their **Final Pretrial Memoranda**, which must include proposed Points for Charge, proposed voir dire, and proposed Verdict Slip and the information required by Local Rule of Civil Procedure 16.1(c) on or before **November 26, 2024**. Counsel must also follow the Court's guidelines for Final Pretrial Memoranda (*see* Judge Kenney's Policies and Procedures for Counsel at § G).

11. A date certain **jury trial** will commence on **December 16, 2024 at 9:00 a.m. in Courtroom 11B.** On the morning of trial, counsel are to supply the Court with two joint exhibit binders.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

Appeals for the Third Circuit shall be cited to and discussed, whenever possible, to defend arguments in support of and/or in opposition to the motion.